UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 25-cr-55-PB-AJ-01 |
| | ) | |
| CLINTON RATHAN, | ) | Counts 1-4:  Wire Fraud (18 U.S.C. § 1343) |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

**The Grand Jury charges:**

At all times material to this Indictment:

1.      Hannaford operated grocery store locations in New England and New York, including in the District of New Hampshire.  Hannaford customers were able to order groceries for pick up at store locations through the Hannaford To-Go feature of the Hannaford web application ("app").  Customers provided credit or debit card information when submitting pick-up orders.

2.      The Hannaford app was hosted in a Greenville, North Carolina-based datacenter. All Hannaford To-Go orders were routed through the Greenville, North Carolina datacenter. Orders were then transmitted to the local store designated by the customer as the pick-up location.

3.      The Hannaford To-Go payment system did not process credit or debit cards for payment until after the customer picked up the To-Go order from the store.

4.      The defendant, CLINTON RATHAN, was a resident of New York.

The Scheme

5.      Beginning on an unknown date, but starting no later than on or about April 29,

1

2022, and continuing through at least November 30, 2022, in the District of New Hampshire and elsewhere, the defendant,

CLINTON RATHAN,

knowingly and willfully devised and intended to devise a scheme to defraud Hannaford and to obtain money and property from Hannaford by means of materially false and fraudulent pretenses, representations, and promises.

Manner and Means

It was part of the scheme that:

6.     Between in or about April 29, 2022, through in or about November 30, 2022, RATHAN placed over 500 pick-up orders for groceries through the Hannaford To-Go feature of the Hannaford app.  RATHAN used false or fraudulently-obtained identities and false or fraudulently-obtained credit or debit card numbers in these orders.  These orders were placed at stores across multiple states, including in New Hampshire.

7.     RATHAN then picked up the grocery orders.  After RATHAN picked up the groceries, Hannaford would try to process the credit or debit card information RATHAN had submitted.  However, payment was declined because RATHAN had provided false and fraudulent identities and credit or debit card information.

8.     Through this scheme, RATHAN fraudulently obtained approximately $167,000 worth of groceries from Hannaford.

COUNTS ONE THROUGH FOUR
Wire Fraud
18 U.S.C. § 1343

9.      On or about the dates charted below, in the District of New Hampshire and elsewhere, the defendant,

2

CLINTON RATHAN,

for the purpose of executing the scheme described above, and attempting to do so, did cause to be transmitted by means of wire communication in interstate commerce writings, signs, and signals, namely, the following Hannaford To-Go grocery orders:

| Count | Date | Amount | Wire Description |
|---|---|---|---|
| 1 | 08/08/2022 | $542.24 | Grocery order for Hannaford store 8186 in Nashua, New Hampshire |
| 2 | 08/22/2022 | $236.92 | Grocery order for Hannaford store 8186 in Nashua, New Hampshire |
| 3 | 09/10/2022 | $355.26 | Grocery order for Hannaford store 8183 in Hudson, New Hampshire |
| 4 | 09/28/2022 | $429.09 | Grocery order for Hannaford store 8315 in Rochester, New Hampshire |

All in violation of Title 18, United States Code, Section 1343.

NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses set forth in Counts One through Four of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense, including a sum of money equal to the proceeds of the charged offenses.

Pursuant to 21 U.S.C. § 853(p), the United States of America shall be entitled to forfeiture of substitute property if any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty.

All in accordance with 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(a),

Federal Rules of Criminal Procedure.

A TRUE BILL

Dated: June 25, 2025                          /s/ Foreperson_____
                                             FOREPERSON

JOHN J. MCCORMACK
Acting United States Attorney


/s/ Alexander S. Chen_____
Alexander S. Chen
Assistant United States Attorney

4